UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| P.S., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-0924-X |
| | § | |
| KRISTI NOEM et al., | § | |
| | § | |
| *Defendants.* | § | |

## <u>MEMORANDUM OPINION AND ORDER</u>

Before the Court is Plaintiff P.S.'s Emergency Motion for Preliminary Injunction. (Doc. 5). For the reasons stated below the Court **DENIES** the preliminary injunction.

A preliminary injunction serves to preserve the status quo at the timing the lawsuit was filed and prevent irreparable harm to the movant so a court can "render a meaningful decision after a trial on the merits."[1] To warrant the extraordinary relief of a preliminary injunction, the movant must demonstrate:

> (1) a likelihood of success on the merits; (2) a substantial threat of irreparable injury; (3) that the threatened injury if the injunction is denied outweighs any harm that will result if the injunction is granted; and (4) that the grant of an injunction will not disserve the public interest.[2]

---

[1] *Apex Grp. Cap. Advisors LLC v. Related Fund Mgmt. LLC*, No. 3:25-CV-1627-X, 2025 WL 1869436, at *2 (N.D. Tex. July 7, 2025) (Starr, J.) (citing *Canal Auth. of Fla. v. Callaway*, 489 F.2d 567, 572 (5th Cir. 1974)).

[2] *Ladd v. Livingston*, 777 F.3d 286, 288 (5th Cir. 2015).

1

Preliminary relief should "not conclusively resolve legal disputes[,]" and thus a preliminary injunction is an inappropriate vehicle for granting ultimate relief.[3]

Three of the four requests in P.S.'s preliminary injunction request the same ultimate relief sought in her complaint.[4]  So the Court cannot grant the requests as preliminary relief.  As for her one request that does not seek ultimate relief, she fails to carry her burden of a likelihood of success on the merits to warrant "enjoining the application of PM-602-0194" as to her.[5]

Accordingly, the Court **DENIES** P.S.'s preliminary injunction request.  P.S.'s claims otherwise remain pending.

**IT IS SO ORDERED** this 23rd day of March, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] *Lackey v. Stinnie*, 604 U.S. 192, 200 (2025).

[4] *Compare* Doc. 3 at 5 and Doc. 5 at 2.

[5] Doc. 5 at 3.

2